No. 40407.—Protests 441570-G, etc., of R. H. Macy & Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of atomizers, match holders, pin trays, droppers, and powder boxes chiefly used

in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained.